```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

PDK COMMERCIAL PHOTOGRAPHERS, LTD,

                    Plaintiff,         20-cv-57 (JGK)

        - against -                    ORDER

GRI AMERICAN EUROPEAN LLC,
.
                    Defendant.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by May 8, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
             April 23, 2020            ___/s/ John G. Koeltl_____
                                           John G. Koeltl
                                    United States District Judge